# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **21-3993**　　　　Case Manager: _____

Case Name: **Empl. Ret. Sys. of St. Louis, et al. v. Charles Jones, et al.**

Is this case a cross appeal? ☐ Yes　☑ No
Has this case or a related one been before this court previously?　☑ Yes　☐ No
If yes, state:
　Case Name: **In re FirstEnergy, Corp.**　Citation: **21-4041**
　Was that case mediated through the court's program?　☐ Yes　☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> **Appellant: FirstEnergy, Corp. (Nominal Defendant)**
>
> **Other Parties:**
> **Employees Retirement System of the City of St. Louis; Local 103, Electrical Workers Pension Fund, I.B.E.W.; Massachusetts Laborers Pension Fund; Roberta Bloom; John Randell; Arlene Pogolowitz; and James Atherton (Plaintiffs)**
> **Charles E. Jones, Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Leslie M. Turner, Paul T. Addison, Jerry Sue Thornton, William T. Cottle, George M. Smart, Justin Biltz, Michael Dowling, James F. Pearson, Steven E. Strah, Robert Reffner, Ebony Yeboah-Amankwah, and K. Jon Taylor (Defendants)**
>
> **Issues Raised:**
> **1) Whether the District Court abused its discretion by ignoring Ohio law and denying the motion of the indisputably independent Special Litigation Committee ("SLC") of the nominal defendant, FirstEnergy, Corp for a stay of litigation to permit the SLC time to investigate and assess whether pursuit of the derivative claims asserted on the Company's behalf would serve the Company's best interests.**

**This is to certify that a copy of this statement was served on opposing counsel of record this __10__ day of _____ **November**_____ , __2021__ .　　　**/s/ John Gleeson**
　　　　　　　　　　　　　　　　　　　　　　　　Name of Counsel for Appellant